| | |
|---|---|
| 1 | JODI SIEGNER, Esq., Bar No. 102884 |
|   | jsiegner@deconsel.com |
| 2 | DeCARLO & SHANLEY |
|   | A Professional Corporation |
| 3 | 533 S. Fremont Avenue, 9th Floor |
|   | Los Angeles, California 90071-1706     JS-6 |
| 4 | Telephone: 213/488-4100 |
|   | Telecopier: 213/488-4180 |
| 5 | |
| 6 | ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, | CASE NO. CV 14-7232 JFW(JCx) |
| Plaintiffs, | ORDER FOR ENTRY OF DEFAULT JUDGMENT |
| v. | |
| C K S WOODWORKS, INC., an Illinois corporation; and DOES 1 through 10, inclusive, | Before the Honorable John F. Walter |
| Defendant. | DATE: January 12, 2015 |
|   | TIME: 1:30 p.m. |
|   | CTRM: 16 |

It appearing that defendant, C K S WOODWORKS, INC., an Illinois corporation, having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against C K S WOODWORKS, INC., an Illinois corporation, as follows:

For an order compelling submission to an audit of their business records for the period July 1, 2010 to the present and allowing the auditors to examine and copy the following books, records, papers, documents and reports: all job cost records, general check register and check stubs, bank statements and canceled checks, general ledgers, worker compensation insurance reports, financial statements, cash disbursements ledgers, corporate income tax returns, employee time cards, payroll journals, individual earnings records of all employees, forms W-2, 1099 and 1096 submitted to the U.S. Government, quarterly state tax returns, health and welfare and pension report for all other trades, cash receipts' journal, copies of all contracts and all material invoices.

IT IS FURTHER ORDERED that DEFENDANTS shall pay attorney's fees in the amount of $720.00 and costs pursuant to the Bill of Costs.

DATED: January 2, 2015

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE